IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALD L. HICKAM,

    Petitioner,

v.                                                          Civ. 06-1132 JB/RLP

JAMES JANECKA, Warden, *et al.*,

    Respondents.

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION[1]

1.    This is a proceeding brought pursuant to 28 U.S.C. § 2241.[2] Petitioner is represented by counsel. Respondents have filed a Motion to Transfer the Petition to Colorado. For the reasons set forth below, the Motion is granted.

2.    Petitioner is currently incarcerated in New Mexico, serving a life sentence for crimes committed in Colorado and for which he was sentenced to life imprisonment. *See* Exhibit A to Respondents' Motion [Doc. 7]. He was transferred to New Mexico pursuant to an Interstate Corrections Compact Services Application. *See id.*, Exhibit B.

3.    His challenge is to a determination made by the Colorado Parole Board, which he alleges lengthens his sentence. All of the pertinent documents are in Colorado.

---

[1] Within ten (10) days after a party is served with a copy of the Magistrate Judge's Report and Recommendation that party may, pursuant to 28 U.S.C. § 636 (b)(1), file written objections in the United States District Court to the Report and Recommendation. A party must file any objections within the ten-day period allowed if that party wants to have appellate review of the Report and Recommendation. If no objections are filed, no appellate review will be allowed.

[2] Although both parties refer to this action as a § 2254, because the petition is an attack on the execution of a sentence, it is a proceeding under § 2241. *Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000).

4.	The Court finds that Colorado would provide a more convenient forum for Petitioner's claims.  *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n.15 (1973); *Dunn v. United States Parole Comm'n*, 818 F.2d 742, 744 (10th Cir. 1987); *see also Blango v. Thornburgh*, 942 F.2d 1487, 1490 (10th Cir. 1991).  The Court further notes that Petitioner has Colorado counsel in addition to New Mexico counsel and therefore is not disadvantaged by a lack of representation.

## Recommended Disposition

I recommend that the Clerk of the Court be directed to transfer this proceeding to the United States District Court for the District of Colorado.

_____
Richard L. Puglisi
United States Magistrate Judge