IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALD L. HICKAM,

    Petitioner,

v.                                                                            No. CIV 06-1132 JB/RLP

JAMES JANECKA, Warden, *et al.*,

    Respondents.

## ORDER

**THIS MATTER** comes before the Court on Petitioner Gerald L. Hickham's objections to the Magistrate Judge's Second Report and Recommendation, and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and will adopt the Magistrate Judge's Second Report and Recommendation.

IT IS THEREFORE ORDERED that the Magistrate Judge's Second Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE